UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| OWEN WORTHINGTON GAMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> LG CHEM, LTD. AND LG CHEM ) <br> AMERICA, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | **JUDGMENT** <br> **CASE NO. 4:21-CV-92-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on October 27, 2023 [DE 52], the court GRANTS Defendant's Renewed Motion to Dismiss [DE 36].

This Judgment filed and entered on October 27, 2023, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

October 27, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk